IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CUTTING EDGE LANDSCAPING LLC, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00121-MTT |
| | * |
| NAVIGATORS SPECIALTY INSURANCE COMPANY et al , | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 24, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 26th day of September, 2024.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk