IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CUTTING EDGE LANDSCAPING LLC, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00121-MTT |
| | * |
| NAVIGATORS SPECIALTY INSURANCE COMPANY, et al, | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated November 22, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 13th day of August, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk